**CLOSED** AUG 16 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

AUG 16 2004

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

STEPHEN DERFINY,

PLAINTIFF,

vs.

C.A. Number 00-71237

HON. ARTHUR J. TARNOW

PONTIAC OSTEOPATHIC HOSPITAL,
a Michigan non-profit corporation,

DEFENDANT.



## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the United States Courthouse, Detroit, Michigan on _____AUG 1 6 2004_____, 2004.

PRESENT: _____ARTHUR J. TARNOW_____
HON. ARTHUR J. TARNOW
U.S. DISTRICT COURT JUDGE

This matter having been amicably resolved between the parties, and the appropriate Covenant Not to Sue having been executed;

**IT IS HEREBY ORDERED** that the above-entitled cause is dismissed in its entirety, with prejudice and without costs to any party.

**THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THE CASE IN ITS ENTIRETY.**

ARTHUR J. TARNOW
U.S. DISTRICT COURT JUDGE

*The undersigned stipulate to entry of the foregoing Order:*

JUSTIN C. RAVITZ (P19257)
ATTORNEY FOR PLAINTIFF

CYNTHIA E. MERRY (P34539)
ATTORNEY FOR DEFENDANT